1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON WILLIS, individually and on behalf of all other similarly situated,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>COLGATE-PALMOLIVE CO.<br><br>　　　　　　　Defendant. | Case No. 2:19-cv-8542-JGB-RAOx<br><br>Hon. Jesus G. Bernal/Hon. Rozella A. Oliver<br><br>**[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

Having considered the parties' Stipulated Protective Order, and good cause appearing, the exchange of confidential information and discovery in the above captioned action shall be made in accordance with the parties' Stipulated Protective Order.

IT IS SO ORDERED.

Dated: September 8, 2020

*Rozella A. Oliver*

Honorable Rozella A. Oliver
United States Magistrate Judge