**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
Blair Reed (SBN 316791)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
            breed@bursor.com

**THE MARLBOROUGH LAW FIRM, P.C.**
Christopher Marlborough (SBN 298219)
445 Broad Hollow Road, Suite 400
Melville, New York 11747
Telephone: (212) 991-8960
Facsimile: (212) 991-8952
Email**:** chris@marlboroughlawfirm.com

*Counsel for Plaintiff*

*(Additional counsel appears on signature page)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON WILLIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>COLGATE-PALMOLIVE CO.<br><br>Defendant. | Case No. 2:19-cv-08542-JGB- RAO<br><br>**STIPULATION REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE AND PRE-TRIAL DEADLINES**<br><br>Hon. Jesus G. Bernal |

Plaintiff Sharon Willis ("Plaintiff") and Defendant Colgate Palmolive Company ("Colgate"), through their respective counsel of record, hereby stipulate and agree as follows:

1. WHEREAS, Plaintiff filed her Class Action Complaint on October 3, 2019.

2. WHEREAS, Plaintiff filed her First Amended Class Action Complaint on January 27, 2020.

3. WHEREAS, Colgate filed it answer to the First Amended Class Action Complaint on February 24, 2020.

4. WHEREAS, the parties have exchanged written discovery and responses, and Colgate is in the process of producing documents in response to Plaintiff's document requests despite the difficulties posed by the pandemic.

5. WHEREAS, the parties have also met and conferred regarding a stipulation to narrow the issues to be decided by the Court at class certification and hope to have that stipulation executed in the near future.

6. WHEREAS, the parties have also met and conferred regarding a briefing schedule for Plaintiff's forthcoming motion for class certification.

NOW THEREFORE, subject to the Court's approval, the parties agree to the following briefing schedule for Plaintiff's motion for class certification:

1. Plaintiff shall file her motion on or before December 17, 2020.
2. To allow sufficient time to conduct any necessary expert discovery and prepare rebuttals to experts disclosed in connection with Plaintiff's filing, and in light of the limitations imposed by the pandemic, Colgate will file its opposition to Plaintiff's motion on or before March 25, 2021.
3. Plaintiff shall file her reply on or before April 26, 2021.
4. The parties further request that the Court schedule a case management conference within 30 days after its ruling on the motion for class

STIPULATION REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE
CASE NO. 2:19-cv-08542-JGB- RAO

1

certification to reset the schedule for expert disclosures, close of discovery, dispositive motions, and all pre-trial filings.

IT IS SO STIPULATED.

Dated:  November 16, 2020   **BURSOR & FISHER, P.A.**

By:_____/s/ L. Timothy Fisher_____

L. Timothy Fisher (SBN 191626)
Blair Reed (SBN 316791)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
E-Mail:  ltfisher@bursor.com
              breed@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (SBN 276006)
2665 Bayshore Drive, Suite 220
Miami, FL 33133
Telephone: (212) 989-9113
E-Mail: scott@bursor.com

**THE MARLBOROUGH LAW FIRM, P.C.**
Christopher Marlborough (SBN 298219)
445 Broad Hollow Road, Suite 400
Melville, New York 11747
Telephone: (212) 991-8960
Email: chris@marlboroughlawfirm.com

**LEVY & KORSINSKY, LLP**
Rosemary Rivas (SBN 209147)
44 Montgomery Street, Suite 650
San Francisco, California 94104
Telephone: (415) 373-1671
Email: rrivas@zlk.com

*Counsel for Plaintiff*

Dated: November 16, 2020   **KIRKLAND & ELLIS LLP**


By: _____/s/ Robyn E. Bladow_____

|   |   |
|---|---|
| 1 | Robyn E. Bladow (State Bar No. 205189) |
| 2 | robyn.bladow@kirkland.com |
|   | KIRKLAND & ELLIS LLP |
| 3 | 555 South Flower Street, 37th Floor |
|   | Los Angeles, CA 90071 |
| 4 | Telephone: (213) 680-8400 |
|   | Fax: (213) 680-8500 |

Sable Hodson (State Bar No. 313252)
sable.hodson@kirkland.com
KIRKLAND & ELLIS LLP
1601 Elm Street, 27th Floor
Dallas, TX 75201
Telephone: (214) 972-1770
Fax: (214) 972-1771

*Attorneys for Defendant*
*Colgate-Palmolive Company*

## ATTESTATION

In accordance with Civil Local Rule 5-4.3.4(a)(2), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

By: */s/ L. Timothy Fisher*
      L. Timothy Fisher