1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| SHARON WILLIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COLGATE-PALMOLIVE CO.<br><br>Defendant. | Case No. 2:19-cv-08542-JGB- RAO<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE AND PRE-TRIAL DEADLINES**<br><br>Hon. Jesus G. Bernal |
|---|---|

# [PROPOSED] ORDER

This matter is before the Court on the parties' Stipulation Regarding the Class Certification Briefing Schedule and Pre-Trial Deadlines. The Court, having considered the parties' Stipulation, finds good cause in support thereof.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff shall file her motion on or before December 17, 2020.
2. To allow sufficient time to conduct any necessary expert discovery and prepare rebuttals to experts disclosed in connection with Plaintiff's filing, and in light of the limitations imposed by the pandemic, Colgate will file its opposition to Plaintiff's motion on or before March 25, 2021.
3. Plaintiff shall file her reply on or before April 26, 2021.
4. The Court will schedule a case management conference within 30 days after its ruling on the motion for class certification to reset the schedule for expert disclosures, close of discovery, dispositive motions, and all pre-trial filings.

IT IS SO ORDERED.

DATED: _____, 2020

_____
Honorable Jesus G. Bernal
United States District Judge