Robyn E. Bladow (State Bar No. 205189)
robyn.bladow@kirkland.com
**KIRKLAND & ELLIS LLP**
555 South Flower Street, 37th Floor
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Colgate-Palmolive Company*

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com

*Counsel for Plaintiff*

*(additional counsel appear on signature page)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON WILLIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>COLGATE-PALMOLIVE CO.<br><br>Defendant. | Case No. 2:19-CV-08542-JGB-RAO<br><br>Hon. Jesus G. Bernal<br><br>**STIPULATION REGARDING SCHEDULE** |

1     WHEREAS, on August 8, 2023 the Court issued an order requiring Plaintiff Sharon Willis and Defendant Colgate Palmolive Company (the "Parties") to meet and confer and submit a new proposed trial schedule for the Court's approval, no later than August 18, 2023 (ECF No. 107);

    WHEREAS, the Parties have been discussing the possibility of a settlement and are in the process of preparing for mediation, which the parties have scheduled for November 8, 2023 before Hon. Suzanne Segal (Ret.), which is the first date Judge Segal and both parties are available;

    In the interest of conserving party and judicial resources, the Parties agree and hereby propose that the Parties proceed with mediation and, within ten days following that mediation, the Parties will update the Court regarding whether they were able to reach a resolution, and if not, they will at that time provide a proposed schedule to the Court with the remaining pretrial deadlines.

    **IT IS SO STIPULATED.**

Dated:  August 18, 2023     **KIRKLAND & ELLIS LLP**

By:  *s/Robyn E. Bladow*
Robyn E. Bladow (State Bar No. 205189)
KIRKLAND & ELLIS LLP
555 South Flower Street, 37th Floor
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
robyn.bladow@kirkland.com

*Attorneys for Colgate-Palmolive Company*

Dated:  August 18, 2023     **BURSOR & FISHER, P.A.**

By:  *s/L. Timothy Fisher*
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com

**BURSOR & FISHER, P.A**.
Scott A. Bursor (SBN 276006)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: scott@bursor.com

**THE MARLBOROUGH LAW FIRM, P.C.**
Christopher Marlborough (SBN 298219)
445 Broad Hollow Road, Suite 400
Melville, New York 11747
Telephone: (212) 991-8960
Facsimile: (212) 991-8952
Email: chris@marlboroughlawfirm.com

*Counsel for Plaintiff*

## ATTESTATION

In accordance with Local Rule 5-4.3.4(a)(2), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

Dated: August 18, 2023           **KIRKLAND & ELLIS LLP**

By: _s/ Robyn E. Bladow_
　　　Robyn E. Bladow