**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com

**THE MARLBOROUGH LAW FIRM, P.C.**
Christopher Marlborough (SBN 298219)
375 Sunrise Highway, Suite 3
Lynbrook, New York 11563
Telephone: (212) 991-8960
Facsimile: (212) 991-8952
Email: chris@marlboroughlawfirm.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON WILLIS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>COLGATE-PALMOLIVE CO.<br><br>    Defendant. | Case No. 2:19-CV-08542-JGB-RAO<br><br>Hon. Jesus G. Bernal<br><br>**JOINT STATUS REPORT REGARDING MEDIATION** |

Plaintiff Sharon Willis ("Plaintiff") and Defendant Colgate-Palmolive Co. respectfully submit this joint status report as required by the Court's August 29, 2023 order. ECF No. 109.

On November 8, 2023, the parties participated in a full-day mediation with Hon. Suzanne Segal (Ret.). The parties had a mediation with Judge Segal, but did not resolve the case. The parties are continuing to work with Judge Segal on settlement and request that the Court continue the deadline for them to submit a proposed pretrial schedule until December 15, 2023.

Dated: November 17, 2023

**BURSOR & FISHER, P.A.**

By: /s/*L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A**.
Scott A. Bursor (SBN 276006)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: scott@bursor.com

**THE MARLBOROUGH LAW FIRM, P.C.**
Christopher Marlborough (SBN 298219)
375 Sunrise Highway, Suite 3
Lynbrook, New York 11563
Telephone: (212) 991-8960
Facsimile: (212) 991-8952
Email: chris@marlboroughlawfirm.com

*Counsel for Plaintiff*

Dated: November 17, 2023

**KIRKLAND & ELLIS LLP**

By: _s/Robyn E. Bladow_

Robyn E. Bladow (State Bar No. 205189)
KIRKLAND & ELLIS LLP
555 South Flower Street, 37th Floor
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile:  (213) 680-8500
robyn.bladow@kirkland.com

*Attorneys for Colgate-Palmolive Company*