**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com

**THE MARLBOROUGH LAW FIRM, P.C.**
Christopher Marlborough (SBN 298219)
375 Sunrise Highway, Suite 3
Lynbrook, New York 11563
Telephone: (212) 991-8960
Facsimile: (212) 991-8952
Email: chris@marlboroughlawfirm.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON WILLIS, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>     v.<br><br>COLGATE-PALMOLIVE CO.<br><br>             Defendant. | Case No. 2:19-CV-08542-JGB-RAO<br><br>Hon. Jesus G. Bernal<br><br>**SECOND JOINT STATUS REPORT REGARDING MEDIATION** |

1       Plaintiff Sharon Willis and Defendant Colgate-Palmolive Co. (together, the

2 "Parties") respectfully submit this Second Joint Status Report regarding the Parties'

3 mediation, as contemplated by the Parties' previously-filed November 17, 2023 Joint

4 Status Report Regarding Mediation.  ECF No. 110.

5       On November 8, 2023, the Parties participated in a full-day mediation with Hon.

6 Suzanne Segal (Ret.).  The Parties did not resolve the case on that date, but have

7 continued to work with Judge Segal on settlement, are continuing to discuss the terms of

8 a potential resolution, and request that the Court further continue the deadline for the

9 Parties to submit a further status report to this Court until January 19, 2024.

10

11 Dated:  December 15, 2023            **BURSOR & FISHER, P.A.**

12

13                               By:   */s/L. Timothy Fisher*

14                               L. Timothy Fisher (State Bar No. 191626)

                              1990 North California Blvd., Suite 940

15                               Walnut Creek, CA 94596

16                               Telephone: (925) 300-4455

                              Facsimile: (925) 407-2700

17                               E-Mail:  ltfisher@bursor.com

18                               **BURSOR & FISHER, P.A**.

19                               Scott A. Bursor (SBN 276006)

                              701 Brickell Avenue, Suite 1420

20                               Miami, FL 33131

21                               Telephone: (305) 330-5512

                              Facsimile: (305) 676-9006

22                               E-Mail: scott@bursor.com

23                               **THE MARLBOROUGH LAW FIRM, P.C.**

24                               Christopher Marlborough (SBN 298219)

                              375 Sunrise Highway, Suite 3

25                               Lynbrook, New York 11563

26                               Telephone: (212) 991-8960

                              Facsimile: (212) 991-8952

27                               Email: chris@marlboroughlawfirm.com

28                               *Counsel for Plaintiff*

Dated: December 15, 2023

**KIRKLAND & ELLIS LLP**

By:  *s/Robyn E. Bladow*

Robyn E. Bladow (State Bar No. 205189)
KIRKLAND & ELLIS LLP
555 South Flower Street, 37th Floor
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
robyn.bladow@kirkland.com

*Attorneys for Colgate-Palmolive Company*