**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

**THE MARLBOROUGH LAW FIRM, P.C.**
Christopher Marlborough (SBN 298219)
375 Sunrise Highway, Suite 3
Lynbrook, New York 11563
Telephone: (212) 991-8960
Facsimile: (212) 991-8952
Email: chris@marlboroughlawfirm.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON WILLIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COLGATE-PALMOLIVE CO.<br><br>Defendant. | Case No. 2:19-CV-08542-JGB-RAO<br><br>Hon. Jesus G. Bernal<br><br>**FURTHER JOINT STATUS REPORT REGARDING MEDIATION** |

Plaintiff Sharon Willis and Defendant Colgate-Palmolive Company (together, the "Parties") respectfully submit this Further Joint Status Report regarding the Parties' mediation, as contemplated by the Parties' previously-filed January 19, 2024, February 20, 2024 and March 21, 2024 Joint Status Reports Regarding Mediation. ECF Nos. 112, 113 and 114.

On November 8, 2023, the Parties participated in a full-day mediation with Hon. Suzanne Segal (Ret.). The Parties did not resolve the case on that date, but have continued to work with Judge Segal on settlement and have resolved all but a single issue. The parties are hopeful that they will resolve the remaining issue in the near future. Accordingly, they request that the Court further continue the deadline for the Parties to submit a further status report to this Court until June 28, 2024.

Dated: May 17, 2024

**BURSOR & FISHER, P.A.**

By: /s/*L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A**.
Scott A. Bursor (SBN 276006)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
E-Mail: scott@bursor.com

**THE MARLBOROUGH LAW FIRM, P.C.**
Christopher Marlborough (SBN 298219)
375 Sunrise Highway, Suite 3
Lynbrook, New York 11563
Telephone: (212) 991-8960
Email: chris@marlboroughlawfirm.com

*Counsel for Plaintiff*

| | |
|---|---|
| Dated: May 17, 2024 | **KIRKLAND & ELLIS LLP** |
| | By: _s/Robyn E. Bladow_ |
| | Robyn E. Bladow (State Bar No. 205189)<br>KIRKLAND & ELLIS LLP<br>555 South Flower Street, 37th Floor<br>Los Angeles, California 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500<br>robyn.bladow@kirkland.com |
| | *Attorneys for Colgate-Palmolive Company* |

## ATTESTATION

In accordance with Local Rule 5-4.3.4(a)(2), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

_/s/ L. Timothy Fisher_
L. Timothy Fisher