**KIRKLAND & ELLIS LLP**
Robyn E. Bladow (State Bar No. 205189)
555 South Flower Street, 37th Floor
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
robyn.bladow@kirkland.com

*Attorneys for Colgate-Palmolive Company*

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com

**THE MARLBOROUGH LAW FIRM, P.C.**
Christopher Marlborough (SBN 298219)
375 Sunrise Highway, Suite 3
Lynbrook, New York 11563
Telephone: (212) 991-8960
Facsimile: (212) 991-8952
Email: chris@marlboroughlawfirm.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON WILLIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COLGATE-PALMOLIVE CO.<br><br>Defendant. | Case No. 2:19-CV-08542-JGB-RAO<br><br>Hon. Jesus G. Bernal<br><br>**STIPULATION TO VACATE CLASS CERTIFICATION ORDER AND DISMISS THE ACTION WITH PREJUDICE** |

Plaintiff Sharon Willis ("Plaintiff") and Defendant Colgate-Palmolive Company ("Defendant," collectively with Plaintiff, the "Parties") respectfully submit this Stipulation to (1) vacate the portion of the January 5, 2023 Order granting Plaintiff's Motion for Class Certification and (2) dismiss this action with prejudice.

WHEREAS, Plaintiff filed this action on October 3, 2019 (Dkt. Doc. No. 1);

WHEREAS, on January 5, 2023, the Court granted Plaintiff's motion for class certification, appointed Bursor and Fisher, P.A. and the Marlborough Law Firm, P.C. as class counsel, and appointed Plaintiff as class representative (the "Class Certification Order, Dkt. Doc. No. 105);

WHEREAS, on November 8, 2023, the Parties participated in a full-day mediation with Hon. Suzanne Segal (Ret);

WHEREAS, the case did not settle at the mediation, but Judge Segal continued to work with the Parties regarding a reasonable and orderly disposition of this matter, including resolution of Plaintiff's individual claims;

WHEREAS, the class certification order is inherently tentative and may be vacated because class members have not yet been given notice, nor has this Court yet issued an order approving a proposed notice to potential class members. *Gold v. Midland Credit Mgmt., Inc.*, Case No. 13-cv-02019-BLF (Dkt. 115, N.D. Cal. Mar. 25, 2015) ("In the period before class notice, the Court's class certification order is 'inherently tentative' and may be freely modified in light of subsequent developments in the litigation.") (*citing Gen. Tel. Co. of Sw. v. Falcon*, 457 U.S. 147, 160 (1982));

WHEREAS, the manageability of this case and the appropriateness of Plaintiff's claims for collective treatment have been disputed throughout this litigation, and the class certification order requires Plaintiff to do a new conjoint survey and damages calculation that will result in significant time and resources being expended by the Parties and this Court, may prove difficult in coming up with a meaningful class-wide damages calculation, and will likely result in another challenge by Defendant;

WHEREAS, the Parties' settlement of Plaintiff's individual claims does not release or prejudice any class members' claims, which shall be dismissed without prejudice;

WHEREAS, to effectuate the Parties' intended settlement, the Parties jointly request that the Court vacate the portion of the Class Certification Order granting the Plaintiff's Motion for Class Certification; and

WHEREAS, the Parties' settlement agreement is conditioned on the Court's authorization of this stipulation;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that the portion of the Class Certification Order granting the Plaintiff's motion for Class Certification should be vacated to effectuate the settlement, Plaintiff's individual action should be dismissed with prejudice, and the class claims shall be dismissed without prejudice.

Dated:  June 28, 2024                **BURSOR & FISHER, P.A.**

By:   /s/*L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com

**BURSOR & FISHER, P.A**.
Scott A. Bursor (SBN 276006)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: scott@bursor.com

**THE MARLBOROUGH LAW FIRM, P.C.**
Christopher Marlborough (SBN 298219)
375 Sunrise Highway, Suite 3
Lynbrook, New York 11563
Telephone: (212) 991-8960

Facsimile: (212) 991-8952
Email: chris@marlboroughlawfirm.com

*Counsel for Plaintiff*

Dated: June 28, 2024

**KIRKLAND & ELLIS LLP**

By: *s/Robyn E. Bladow*

Robyn E. Bladow (State Bar No. 205189)
KIRKLAND & ELLIS LLP
555 South Flower Street, 37th Floor
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
robyn.bladow@kirkland.com

*Attorneys for Colgate-Palmolive Company*

## **ATTESTATION**

In accordance with Local Rule 5-4.3.4(a)(2), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

 /s/*L. Timothy Fisher*