JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON WILLIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>COLGATE-PALMOLIVE CO.,<br><br>Defendant. | Case No. 2:19-CV-08542-JGB-RAO<br><br>**ORDER VACATING ORDER FOR CLASS CERTIFICATION AND DISMISSING ACTION WITH PREJUDICE** |

# ORDER

Based on the parties' Stipulation to Vacate Class Certification Order and Dismiss the Action With Prejudice (the "STIPULATION"), and for good cause shown, it is Ordered:

The STIPULATION is hereby authorized;

The Court's Class Certification Order dated November 8, 2023 is hereby vacated;

The class claims are hereby dismissed without prejudice; and

The Plaintiff's individual claims are hereby dismissed with prejudice.

**IT IS SO ORDERED**

Dated:  July 17, 2024

_____
Honorable Jesus G. Bernal
United States District Court
Central District of California